Exhibit 2

| US10653736B2 | CBD Freeze Roll on Muscle & Joint Relief ("Accused Product") |
|---|---|
| 1. A topical formulation, consisting essentially of: | The accused product is a topical formulation (e.g., CBD Freeze Roll-On).<br><br>As shown below, the accused product is a CBD Freeze Roll-On formulation intended for topical application.<br><br><br><br>https://www.gethappyhemp.com/product/cbd-topical/ |
| an extract of *Cannabis sativa* or *Cannabis indica;* | The accused product consists of an extract of a Cannabis sativa or Cannabis indica (e.g., broad-spectrum Hemp plant).<br><br>As shown below, the accused product is a Cream Roll-On formulation which contain 350mg of |

CBD derived from the broad-spectrum hemp plant. Hemp is the common name for the Cannabis sativa.



- Hemp-Stalk Derived Product: Yes
- Lab Analysis Included: Yes
- Size: 350mg

https://www.groupon.com/deals/gg-mp-happy-hemp-cbd-pain-cream-roll-on-350mg

USDA Introduces a Multi-Year Plan to Strengthen U.S. Genebank Management of Plant Germplasm

**Taxon:** *Cannabis sativa* L.    [New Species Search]

| Nomenclature | Common Names | Distribution | Economic Uses |

**Common names**

[Excel]    Search: _____

Showing 1 to 9 of 9 entries
Show [10 ▼] entries    Search: _____

| Language ▲ | Name | Alternate name | note | Citation |
|---|---|---|---|---|
| Chinese | da ma | 大麻 | | **Wu Zheng-yi & P. H. Raven et al., eds.** 1994-. Flora of China (English edition). |
| English | hemp | | | **Botanical Society of the British Isles.** BSBI taxon database (on-line resource). |

| | |
|---|---|
| | https://npgsweb.ars-grin.gov/gringlobal/taxon/taxonomydetail?id=8862 |
| at least one compound selected from the group consisting of menthol, resorcinol, and phenol, present in an amount of at least 0.1 wt % in the topical formulation, | The accused product contains at least one compound selected from the group consisting of menthol, resorcinol, and phenol, present in an amount of at least 0.1 wt % in the topical formulation.<br><br>As shown below, the accused product contains 3.9% menthol as an active ingredient which is more than 0.1 wt % in the topical formulation.<br><br>**Active Ingredients:Ingredients:**<br><br>Natural Menthol 3.9%, Water, Canibidiol (CBD), Isopropyl Alcohol, Propylene Glycol, Glycerin, Carbomer, Ilex Paraguariensis, Leaf Extract, Hydrated Silica, Aminomethyl Propanol, Methyl Paraben, Uncaria, Tomentosa Extract, Boswella Serrata Extract, Camphor for scent.<br>https://www.gethappyhemp.com/product/cbd-topical/ |
| wherein a concentration of at least one component selected from the group consisting of tetrahydrocannabinol and cannabidiol in the topical formulation is greater than 2 milligrams per kilogram, and | The accused product has concentration of at least one component selected from the group consisting of tetrahydrocannabinol and cannabidiol in the topical formulation greater than 2 milligrams per kilogram.<br><br>As shown below, the accused product contains 350 mg of cannabidiol (CBD) which is greater than 2 milligrams per kilogram. (Total volume of formulation is 3oz) |

<table>
<tr>
<td></td>
<td>



https://www.gethappyhemp.com/product/cbd-topical/
</td>
</tr>
<tr>
<td>wherein the topical formulation is obtained by dispersing the extract of <em>Cannabis sativa</em> or <em>Cannabis indica</em> in a water-in-oil emulsion, an oil-</td>
<td>

The accused product is a topical formulation obtained by dispersing the extract of <em>Cannabis sativa</em> or <em>Cannabis indica</em> in a water-in-oil emulsion, an oil-in-water emulsion, a wax-in-oil base, or an oil-in-wax base

As shown below, the accused product is Cream Roll-On formulation intended for topical application. The cream is an emulsion semisolid dosage form that contains >20% water and/or <50% of hydrocarbons, waxes, or polyethylene glycols as the vehicle for external application to the skin. Hence accused product is obtained by dispersing the extract of broad-spectrum Hemp plant in oil-in-water or water-in-oil emulsion.
</td>
</tr>
</table>

| | |
|---|---|
| in-water emulsion, a wax-in-oil base, or an oil-in-wax base. |  |

**Table 3**
Suggested definitions of topical dosage forms

| Dosage form[a] | Definition | Formulation | Appearance and feel | Physical properties |
|---|---|---|---|---|
| Topical solution | A clear, homogeneous liquid[b] dosage form for external application to the skin | Usually contains an aqueous or alcoholic vehicle; though an oil may also serve as the vehicle. May contain a gelling agent to thicken the solution | Clear, thin | |
| Topical suspension | A liquid[b] dosage form, that consists of a solid suspended in a liquid vehicle in a two-phase system for external application to the skin | Usually contains an aqueous or alcoholic vehicle | Solid often settles with time, thus requiring shaking before use | |
| Lotion | An emulsion[c] liquid[b] dosage form for external application to the skin | Usually contains an aqueous vehicle and >50% water and volatiles[d] | Opaque, thin, non-greasy; tends to evaporate rapidly with a cooling sensation when rubbed onto the skin | Exhibits Newtonian or pseudoplastic flow behavior |
| Gel | A semisolid[e] dosage form that contains a gelling agent to provide stiffness to a solution or colloidal dispersion[f] for external application to the skin. A gel may contain suspended particles | Usually contains an aqueous or alcoholic vehicle and a gelling agent such as starch, cellulose derivatives, carbomers, magnesium–aluminum silicates, xanthan gum, colloidal silica, aluminum or zinc soaps[g] | Usually clear or translucent in a single-phase system; otherwise opaque in a two-phase system; thick, non-greasy; provides a cooling sensation when applied to the skin | Usually exhibits a single transition in TGA[h] corresponding to loss of the vehicle; does not flow at low shear stress and generally displays plastic flow behavior |
| Cream | An emulsion[c] semisolid[e] dosage form that contains >20% water and volatiles[d] and/or <50% of hydrocarbons, waxes, or polyethylene glycols as the vehicle for external application to the skin | Contains >20% water and volatiles[d] and/or <50% of hydrocarbons, waxes, or polyethylene glycols as the vehicle. There are two types of creams: an oil-in-water cream with water as the continuous phase and a water-in-oil cream with oil as the continuous phase | Opaque, viscous, non-greasy to mildly greasy; tends to mostly evaporate or be absorbed when rubbed onto the skin | Exhibits two or more transitions in TGA[h] indicative of at least a two-phase system; displays plastic flow behavior |
| Ointment | A suspension or emulsion semisolid[e] dosage form that contains <20% water and volatiles[d] and >50% of hydrocarbons, waxes, or polyethylene glycols as the vehicle for external application to the skin | Contains <20% water and volatiles[d] and >50% of hydrocarbons, waxes, or polyethylene glycols as the vehicle | Opaque or translucent, viscous, greasy; tends not to evaporate or be absorbed when rubbed onto the skin | |
| Paste | A semisolid[e] dosage form that contains a large proportion (i.e., 20–50%) of solids finely dispersed in a fatty vehicle for external application to the skin | Contains a large proportion (20–50%) of dispersed solids in a fatty vehicle | Opaque, viscous, greasy to mildly greasy; adheres well to the skin, forming a protective layer | |

https://www.sciencedirect.com/science/article/abs/pii/S037851730500102X?via%3Dihub